NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER

Electronically Filed
Intermediate Court of Appeals
CAAP-13-0001964
19-FEB-2015
08:14 AM

NO. CAAP-13-0001964

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

KITAAMI, Plaintiff-Appellee, v.
EILEEN SHAVELSON, Defendant-Appellant

APPEAL FROM THE DISTRICT COURT OF THE FIFTH CIRCUIT
(CASE NO. 5RC13-1-0126)

ORDER DENYING MOTION FOR RECONSIDERATION
(By: Nakamura, C.J., Foley and Fujise, JJ.)

Upon consideration of Defendant-Appellant Eileen Shavelson's "Response to Summary Disposition Order" (**Motion**) filed February 13, 2015 and deemed as a motion for reconsideration of this court's Summary Disposition Order entered January 30, 2015, the memorandum/papers in support of the motion, and the records and files in this case,

IT IS HEREBY ORDERED that the Motion is denied.

DATED: Honolulu, Hawai'i, February 19, 2015.

Chief Judge

Associate Judge

Associate Judge